# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LAKESHA BRYANT,<br><br>　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>　　Defendant. | Case No. 17-2244-CM-GLR |

## ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS

The matter before the Court is on Plaintiff's Motion for Leave to Proceed In Forma Pauperis (ECF 3). Based on the information provided by Plaintiff in her Motion and Affidavit of Financial Status (ECF 3-1), the Court finds that Plaintiff has shown an inability to pay the filing fees and a belief that she is entitled to relief. Thus, the Court concludes that the Motion should be granted.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Proceed Without Prepayment of Fees (ECF 3) is granted. Pursuant to 28 U.S.C. § 1915(a)(1), Plaintiff may commence this action without prepayment of fees or security therefor. The Clerk shall issue Summons for Defendant. Service of the Summons and Complaint shall be made by a United States Marshal or Deputy Marshal or by a person specially appointed pursuant to Fed. R. Civ. P. 4(c)(3).

**IT IS FURTHER ORDERED** that a copy of this Order shall be mailed to Plaintiff.

Dated July 7, 2017, at Kansas City, Kansas.

　　　　　　　　　　　　　　　　　　　　*S/ Gerald L. Rushfelt*
　　　　　　　　　　　　　　　　　　　　Gerald L. Rushfelt
　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge